FILED - USDC-NH
2020 JAN 11 PM 1:25

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
### for the

### District of New Hampshire

_____ Division

John W. Walko

_____
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

**-v-**

Cheshire County Sheriff's Office
Eliezer Rivera

_____
**Defendant(s)**
(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial:  (check one)  ☑ Yes   ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | John W. Walko |
| Address | PO Box 134 |
| | Keene                NH         03431 |
| | City        State        Zip Code |
| County | Cheshire |
| Telephone Number | 6035938526 |
| E-Mail Address | lawjustice@mail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Cheshire County Sheriff's Office |
| Job or Title (if known) | |
| Address | 12 Court St. |
| | Keene                NH         03431 |
| | City        State        Zip Code |
| County | Cheshire |
| Telephone Number | 6033553020 |
| E-Mail Address (if known) | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Eliezer Rivera |
| Job or Title (if known) | Sheriff |
| Address | 12 Court St. |
| | Keene                NH         03431 |
| | City        State        Zip Code |
| County | Cheshire |
| Telephone Number | 6033553020 |
| E-Mail Address (if known) | |

☐ Individual capacity    ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3

Name                              Eliezer Rivera

Job or Title (if known)           Sheriff

Address                           12 Court St.

Keene                     NH            03431
                            City              State           Zip Code

County                            Cheshire

Telephone Number                  6033553020

E-Mail Address (if known)

☑ Individual capacity        ☐ Official capacity

Defendant No. 4

Name

Job or Title (if known)

Address

City              State           Zip Code

County

Telephone Number

E-Mail Address (if known)

☐ Individual capacity        ☑ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against (check all that apply):

☐ Federal officials (a Bivens claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violations of rights to substantive due process, confronting accuser, "Brady" discovery, etc.
Via 42 U.S.C. § 1983
By destruction of evidence, etc.

C.    Plaintiffs suing under Bivens may only recover for the violation of certain constitutional rights. If you are suing under Bivens, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under Bivens, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Examples:
Sheriff employees/agents acting as such under Sheriff or possibly actions by Sheriff Rivera (requires more discovery):
Destruction of evidence (audio recording) during prosecution before trial.
No backup of that destroyed evidence kept until end of statute of limitations.
~~No chain of custody for that destroyed evidence.~~

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

NH

B. What date and approximate time did the events giving rise to your claim(s) occur?

Plaintiff notified in or after January 2018
of actions on or after 10/25/2017

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Examples:
Sheriff employees/agents acting as such under Sheriff or possibly actions by Sheriff (requires more discovery):
Destruction of evidence (audio recording) during prosecution before trial.
No backup of that destroyed evidence kept until end of statute of limitations.
No chain of custody for that destroyed evidence.
Withholding identity of individual who destroyed evidence.
False report to police officer that Plaintiff was belligerent, a false accusation seemingly invented out of thin air.
Etc.

There is evidence in government records but more discovery is needed to get to the bottom of it.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Sheriff employees/agents cooperated with the attackers and then destroyed evidence of audio that was recorded during the injuries:
Bloodied
Electrically shocked
More

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$10,000,00.00 in punitive and/or other fines/compensation.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    1/7/2021

Signature of Plaintiff    _John Walko_ pro se

Printed Name of Plaintiff    John Walko

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number

E-mail Address